*Ora O Bogle* (handwritten)

FILED 2023 FEB 28 AM 9:49
CLERK U.S. BANKRUPTCY COURT



HOME  MAIL  NEWS  FINANCE  SPORTS  ENTERTAINMENT  LIFE  SEARCH  SHOPPING  PLUS Upgrade Now

Find messages, documents, photos or peo   Advanced

Compose

← Back   Archive   Move   Delete   Spam

- Inbox  1
- Unread
- Starred
- Drafts  1
- Sent
- Archive
- Spam
- Trash
- ∧ Less

Views  Hide
- Photos
- Documents
- Emails to myself
- Subscriptions
- Shopping
- Receipts
- Travel

Folders  Hide
+ New Folder
  WoodBridge Ponzi

To  ddf@juno.com    CC / BCC

To: U. S. Bankruptcy Court   Mailed 2/24/2023
824 Market Street
3rd Floor
Wilmington, DE 19801

Case 2350013-JKS
Case 17-125 60

Sir-

We have presented offers to WoodBridge since December 2022.
We are waiting for an answer, and hope there is one soon for mutual benefit.
Per Michael Joyce today, there is a suspension of deadline for our Answer - with agreement of WoodBridge.

Would like to stress that neither Sharon or Don Ferry "have control ... of Distributions".

Note also, that if there is a trial, it has to be by ZOOM or... as neither us can really be there in person- 80 and 82 age and can not be on car for trip.

Thanks, Don Ferry

> Show Original Message

Send    Saved

(800) 501-6000

Page 3